1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| OLIVER P. GAUDIER, | ) | No. 5:17-cv-01739-GJS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **JUDGMENT OF REMAND** |
| | ) | |
| v. | ) | |
| NANCY A. BERRYHILL, Deputy | ) | |
| Commissioner for Operations, performing | ) | |
| the duties and functions not reserved to | ) | |
| the Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation

of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

captioned action is remanded to the Commissioner of Social Security for further

proceedings consistent with the Stipulation of Remand.

DATED:  March 26, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE